## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

A.G., Respondent

v.

M.A., Petitioner

No. 161 MAL 2017

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Cross Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeremie Michael WINTER, Petitioner

No. 23 MAL 2017

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Cross-Petitioner

v.

Shawn Amir HARRIS, Respondent

No. 132 MAL 2015

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Darnell REID, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

No. 593 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: May 19, 2017